UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
    v.                              :   **07 CRIM 991**
                                    :   07 Cr.
JUAN FRANCISCO RIVERA,              :
                                    :
                    Defendant.      :
                                    :
------------------------------------x

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 1546(a) +2 ~~2113(a)~~ jt al, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

                                                _____
                                                JUAN FRANCISCO RIVERA
                                                Defendant

                                                _____
                                                Witness

                                                _____
                                                ERIC LEVIN, Esq.
                                                Counsel for Defendant

Date:  New York, New York
      October 26, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 26 2007

0202