UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

                                        :       FELONY INFORMATION
            - v. -                      :

JUAN FRANCISO RIVERA,                   :       07 Cr.

                    Defendant.          :       07 CRIM 991

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.   In or about July 17, 2004, in the Southern District of New York and elsewhere, JUAN FRANCISO RIVERA, the defendant, unlawfully, willfully, and knowingly, did utter, use, attempt to use, possess, obtain, accept, and receive an immigration or nonimmigration visa, permit, border crossing card, alien registration receipt card, and other document prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made, to wit, RIVERA attempted to use a counterfeited and altered visa to board a flight bound for New York.

(Title 18, United States Code, Sections 1546(a) & 2.)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 2 6 2007

JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN FRANCISCO RIVERA,

Defendant.

## INFORMATION

07 Cr. ___ (DC)

(18 U.S.C. § 1546(a) & 2)

MICHAEL J. GARCIA
United States Attorney.

10/26/07  Waiver of Indictment filed.
GR  Deft. present w/atty. Eric Levin.
AUSA Joseph Facciponti present.
Spanish interpreter Isolina Bernhardt present.
Court reporter Pam Utter present.
Deft. pleads guilty as charged in this Information.
PSR ordered. Expedited sentence requested. Sentence
set for Dec. 7, 2007 @ 12:30 pm. Any defense
submissions shall be due Nov. 19; Gov't's response due Nov. 27.
Detention continued.
                              Cote, USDJ