UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,  :

    – against –  :

JUAN FRANCISCO RIVERA  :

    Defendants.  :

------------------------------------------------------x

07 Cr. 991 (DLC)

(filed electronically)

SENTENCING MEMORANDUM ON BEHALF OF THE
DEFENDANT JUAN FRANCISCO RIVERA

Joshua L. Dratel
Erik B. Levin
Joshua L. Dratel, P.C.
2 Wall Street, 3d Floor
New York, New York 10005
(212) 732-0707
jdratel@aol.com

*Attorneys for Defendant*
*Juan Francisco Rivera*

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
2 WALL STREET, 3RD FLOOR
NEW YORK, NEW YORK 10005
TEL (212) 732-0707
FAX (212) 571-3792
E-MAIL JDratel@joshuadratel.com

JOSHUA L. DRATEL

AARON MYSLIWIEC
ERIK B. LEVIN
RENITA K. THUKRAL
MEREDITH S. HELLER

STEVEN WRIGHT
*Office Manager*

ELIZABETH BESOBRASOW
*Paralegal*

December 6, 2007

**HAND DELIVERED**

The Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

        Re:   *United States v. Juan Francisco Rivera*,
                     07 Cr. 991 (DLC)

Dear Judge Cote:

      This letter is submitted on behalf of Mr. Juan Francisco Rivera, whom counsel represents in the above-captioned matter, with respect to his sentencing scheduled for December 7, 2007, at 10:00 a.m. Mr. Rivera does not object to the time served sentencing recommendation of the Pre-Sentence Report ("PSR") or the United States Sentencing Guidelines calculation contained therein, which fully comports with the plea agreement between Mr. Rivera and the government.

      Mr. Rivera wishes to identify the following errors contained in the PSR:

      At ¶36 and on page 11, the PSR notes that following Mr. Rivera's immigration detainer in 2004, he was issued a Notice to Appear, but failed to do so and that he resided in New York since that time. Actually, Mr. Rivera voluntarily departed the United States following his detainment in 2004 and subsequently returned to the United States in 2006. The government is aware of this fact as it had been discussed during plea negotiations.

LAW OFFICES OF

JOSHUA L. DRATEL, P.C.

> The Honorable Denise Cote
> United States District Judge
> December 6, 2007
> page 2 of 2

At ¶ 34, the PSR identifies Mr. Rivera's mother as "Milaeritos." The correct spelling of her name is Milagritos.

Finally, at ¶37, Mr. Rivera was in a consensual relationship with Angela Sanchez and not "Angel Sanchez" as identified in the PSR.

For the foregoing reasons, it is respectfully requested that the Court sentence Mr. Rivera to time served.

Respectfully submitted,

Joshua L. Dratel, Esq.

JLD/ebl

cc: Joseph P. Facciponti
    Assistant United States Attorney
    (by facsimile [212] 637-2390)