UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,               :    07 CR. 991 (DLC)
                                        :
        -v-                             :    ORDER
                                        :
JUAN FRANCISCO RIVERA,                  :
                                        :
              Defendant.                :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12-13-07

   The defendant having been sentenced to time served,

   IT IS HEREBY ORDERED that Juan Francisco Rivera, U.S.M. #60110-054, be released from the custody of the U.S. Marshal's Service.

   SO ORDERED:

Dated:   New York, New York
         December 7, 2007

                                    _____
                                          DENISE COTE
                                    United States District Judge